UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN, | Case No.: 3:23-cv-00461-CSD |
| Plaintiff | **ORDER** |
| v. | |
| DISTRICT OF NEVADA, | |
| Defendant | |

Plaintiff is an inmate in custody of the Nevada Department of Corrections (NDOC), and initiated this action with an ex parte motion for the appointment of counsel and "declaration of S.S.I." On September 21, 2023, the court issued an order advising Plaintiff that a civil action is commenced by filing a complaint. In addition, Plaintiff was advised that he must either pay the filing fee or file a completed application to proceed *in forma pauperis* (IFP) for an inmate. The court gave Plaintiff 30 days to file a complaint and completed IFP application for an inmate or pay the filing fee. (ECF No. 3.) Plaintiff did not timely file a complaint or file a completed IFP application or pay the filing fee. Therefore, this action is **DISMISSED WITHOUT PREJUDICE** and the Clerk shall close this case.

**IT IS SO ORDERED**.

Dated: January 9, 2024

_____
Craig S. Denney
United States Magistrate Judge