# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>DISTRICT OF NEVADA,<br><br>　　　　　　　　　　Defendant. | 3:23-cv-00461-CSD<br><br>**ORDER**<br><br>Re: ECF Nos. 8, 9, 10, 11 |

　　　Before the court are Plaintiff's Motion for Hearing, Objection, Motion for Judicial Conference, and Motion for Appointment of Counsel. (ECF Nos. 8, 9, 10, and 11.)

　　　On January 9, 2024, the court entered an order dismissing this case without prejudice and closed the case. (ECF No. 6.)

　　　Based on the above, Plaintiff's Motion for Hearing, Objection, Motion for Judicial Conference, and Motion for Appointment of Counsel (ECF Nos. 8, 9, 10, and 11) are **DENIED** as the court no longer has jurisdiction over this closed case.

　　　**IT IS SO ORDERED.**

　　　DATED: July 10, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge